**In re Michele BLANKENSHIP, Debtor.**

Charles D. Darden, Plaintiff–Appellee,

v.

Michele Blankenship, Defendant–
Appellant,

and

United States Trustee,
Party in Interest.

No. 02–1491.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Michele Blankenship, Appellant Pro Se. Charles D. Darden, Appellee Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Michele Blankenship appeals from the district court's order affirming the bankruptcy court's order avoiding $3501 of Defendant's $16,000 lien against her real property pursuant to 11 U.S.C.A. § 522(f) (West Supp.2002). We have reviewed the record and the lower courts' opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Darden v. Blankenship,* Nos. CA–01–876–2; BK–99–25293–S (E.D. Va. filed Apr. 5, 2002; entered Apr. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*